No. 79–6585.  Stevens *v.* Georgia, *ante,* p. 891;

No. 79–6785.  Prater *v.* Brown, *ante,* p. 862;

No. 80–5016.  Key *v.* Board of Voter Registration of Charleston County et al., *ante,* p. 877;

No. 80–5029.  Jaudon *v.* Secretary of Health and Human Services, *ante,* p. 878;

No. 80–5082.  Tilli *v.* Capabianco et al., *ante,* p. 880; and

No. 80–5177.  Wade *v.* Franklin Stricklin Land Surveyors, Inc., *ante,* p. 883.  Petitions for rehearing denied.

## November 25, 1980

No. A–453.  Missouri Kansas Texas Railroad Co. *v.* United States et al.  The order heretofore entered by Justice Powell on November 21, 1980, at 7 p. m., is vacated and the application for stay presented to Justice Powell, and by him referred to the Court, is denied.  The application, filed November 22, 1980, at 12:05 p. m., for an order enjoining the effectiveness of the merger between Burlington Northern Inc. and St. Louis-San Francisco Railroad Co., is denied.  Treating the application for a temporary stay as an application for stay of the judgment of the United States Court of Appeals for the Fifth Circuit pending the timely filing and disposition of a petition for writ of certiorari, the application for stay is denied.  Justice Marshall took no part in the consideration or decision of this order.

## December 1, 1980

No. 80–422.  Temple University of the Commonwealth System of Higher Education et al. *v.* Pennsylvania Department of Public Welfare et al.  Appeal from Sup. Ct. Pa. dismissed for want of substantial federal ques-